# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| PACIFIC ENERGY RESOURCES LTD., *et al.* | : |
| | : Case No. 09-10785 (KJC) |
| Debtors. | : (Jointly Administered) |

Re: 2235, 2254

Hearing Date: March 30, 2011 at 10:00 a.m. (EDT)
Objection Deadline March 23, 2011 at 4:00 p.m. (EDT)

## ORDER GRANTING MOTION OF GERALD A. TYWONIUK, PLAN REPRESENTATIVE FOR THE LIQUIDATING DEBTORS, TO SUBSTITUTE PLAINTIFF IN ADVERSARY PROCEEDINGS

UPON THE MOTION of Gerald A. Tywoniuk, Plan Representative for the Liquidating Debtors To Substitute Plaintiff In Adversary Proceedings (the "Motion"); and having reviewed the Motion, and this Court possessing jurisdiction to consider the Motion, and venue being proper, and notice of the Motion having been sufficient proper and adequate, and upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of the relief set forth herein,

THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Clerk shall substitute Gerald A. Tywoniuk, as Plan Representative for The Liquidating Debtors, as plaintiff in all Avoidance Actions listed in Exhibit A of the Motion.

#13858805 v4


-8-

      3.      A Clerk shall docket the Order in all Avoidance Actions listed in Exhibit A of the Motion.

      4.      The plaintiff shall serve the Order on the defendants in all Avoidance Actions listed in Exhibit A of the Motion within seven (7) days of entry.

Dated: March 28, 2011
Wilmington, DE

_____
Honorable Kevin J. Carey
United States Bankruptcy Judge

#13858805 v4