# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Pacific Energy Resources Ltd., <u>et al.</u>,[1] | ) | Case No. 09-10785 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____ | ) | |
| Gerald A. Tywoniuk, | ) | |
| Plan Representative for Liquidating | ) | |
| Debtors, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Baker Hughes Incorporated, | ) | Adv. Proc. No. 10-55575 (KJC) |
| _____ | ) | |
| BJ Services Company, USA, | ) | Adv. Proc. No. 10-55576 (KJC) |
| _____ | ) | |
| Brand Scaffold Rental & Erection, Inc., | ) | Adv. Proc. No. 10-55095 (KJC) |
| _____ | ) | |
| Cameron Surface Systems | ) | Adv. Proc. No. 10-55577 (KJC) |
| a/k/a Cameron International Corporation, | ) | |
| _____ | ) | |
| Cannon Associates, | ) | Adv. Proc. No. 10-55578 (KJC) |
| _____ | ) | |
| Centre-Point Corporation, | ) | Adv. Proc. No. 10-55096 (KJC) |
| _____ | ) | |
| DeGolyer & MacNaughton Corp., | ) | Adv. Proc. No. 10-55583 (KJC) |
| _____ | ) | |
| Gaffney, Cline & Associates, Inc., | ) | Adv. Proc. No. 10-52866 (KJC) |
| _____ | ) | |
| National Oilwell Varco, Inc., | ) | Adv. Proc. No. 10-55109 (KJC) |
| _____ | ) | |
| OneSource Distributors Holdings, LLC, | ) | Adv. Proc. No. 10-55110 (KJC) |
| _____ | ) | |
| Pacific Process Systems, Inc., | ) | Adv. Proc. No. 10-55112 (KJC) |
| _____ | ) | |
| Pollard Wireline, Inc., | ) | Adv. Proc. No. 10-55119 (KJC) |
| _____ | ) | |
| RR Donnelley, | ) | Adv. Proc. No. 10-55131 (KJC) |
| _____ | ) | |

---

[1] The Debtors in these cases are: (i) Pacific Energy Resources Ltd.; (ii) Pacific Energy Alaska Holdings, LLC; and (iii) Pacific Energy Alaska Operating LLC.

#14180879 v1

-2-

| | | |
|---|---|---|
| Seaboard Wellhead, Inc., | ) | Adv. Proc. No. 10-55132 (KJC) |
| | ) | |
| Secorp Industries, Inc., | ) | Adv. Proc. No. 10-55133 (KJC) |
| | ) | |
| Special Service Contractors, Inc., | ) | Adv. Proc. No. 10-55134 (KJC) |
| | ) | |
| Waveland Services, Inc., | ) | Adv. Proc. No. 10-55138 (KJC) |
| | ) | |
| Whale Building, LLC, | ) | Adv. Proc. No. 10-55139 (KJC) |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STATUS REPORT IN ADVERSARY PROCEEDINGS

Gerald A. Tywoniuk, Plan Representative for Liquidating Debtors, as plaintiff in the above-captioned open adversary proceedings (the "Adversary Proceedings"), respectfully submits the attached status report in the Adversary Proceedings current as of April 20, 2011.

Dated: April 21, 2011  
Wilmington, DE

Respectfully submitted,

/s/ John H. Schanne, II
PEPPER HAMILTON LLP
David B. Stratton (No. 960)
James C. Carignan (No. 4230)
Michael J. Custer (No. 4843)
John H. Schanne, II (No. 5260)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

Francis J. Lawall, Esq.
Nina M. Varughese, Esq.
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

*Counsel to Gerald A. Tywoniuk, Plan Representative for Liquidating Debtors*

#14180879 v1

Status Report of Adversary Proceedings as of April 20, 2011

| Adv. Pro. No. | Defendant | Category | Comments |
|---|---|---|---|
| 10-55575 | Baker Hughes Incorporated | I | Defendant's motions to dismiss are pending.  A hearing on same is scheduled for 4/21/2011. |
| 10-55576 | BJ Services Company, USA | I | Defendant's motions to dismiss are pending.  A hearing on same is scheduled for 4/21/2011. |
| 10-55095 | Brand Scaffold Rental & Erection, Inc. | E | This matter has been resolved pending documentation. |
| 10-55577 | Cameron Surface Systems a/k/a Cameron International Corporation | F | Expected date of completion of discovery/disclosure will be in accordance with the scheduling order. |
| 10-55578 | Cannon Associates | E | This matter has been resolved.  A notice of dismissal will be filed. |
| 10-55096 | Centre-Point Corporation | C | Default judgment was entered on 4/12/2011. |
| 10-55583 | DeGolyer & MacNaughton Corp. | E | This matter has been resolved pending documentation. |
| 10-52866 | Gaffney, Cline & Associates, Inc. | I | Defendant's motions to dismiss are pending.  A hearing on same is scheduled for 4/21/2011. |
| 10-55109 | National Oilwell Varco, Inc. | F | Expected date of completion of discovery/disclosure will be in accordance with the scheduling order. |
| 10-55110 | OneSource Distributors Holdings, LLC | F | Expected date of completion of discovery/disclosure will be in accordance with the scheduling order. |
| 10-55112 | Pacific Process Systems, Inc. | E | This matter has been resolved.  A stipulation of dismissal will be filed. |
| 10-55119 | Pollard Wireline, Inc. | F | Expected date of completion of discovery/disclosure will be in accordance with the scheduling order. |
| 10-55131 | RR Donnelley | E | This matter has been resolved.  A notice of dismissal will be filed. |
| 10-55132 | Seaboard Wellhead, Inc. | E | This matter has been resolved.  A notice of dismissal will be filed. |
| 10-55133 | Secorp Industries, Inc. | E | This matter has been resolved pending documentation. |
| 10-55134 | Special Service Contractors, Inc. | I | An order granting Plaintiff's motion for summary judgment was entered on 3/25/2011. |
| 10-55138 | Waveland Services, Inc. | F | Expected date of completion of discovery/disclosure will be in accordance with the scheduling order. |
| 10-55139 | Whale Building, LLC | E | This matter has been resolved.  A stipulation of dismissal will be filed. |