# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Pacific Energy Resources Ltd., et al.,[1] | ) | Case No. 09-10785 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| Gerald A. Tywoniuk, Plan Representative for Liquidating Debtors, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Proc. No. 10-55583 (KJC) |
| | ) | |
| DeGolyer & MacNaughton Corp., | ) | |
| | ) | |
| Defendant. | ) ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY stipulated and agreed between Gerald A. Tywoniuk, Plan Representative for Liquidating Debtors, as plaintiff, by and through its undersigned counsel, and DeGolyer & MacNaughton Corp., as defendant, by and through its undersigned counsel, that the above-referenced adversary proceeding is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure. The parties shall each bear their own costs and fees.

*(Signatures on next page)*

---

[1] The Liquidating Debtors are: (i) Pacific Energy Resources Ltd.; (ii) Pacific Energy Alaska Holdings, LLC; and (iii) Pacific Energy Alaska Operating LLC.

#14310852 v1


| PEPPER HAMILTON LLP | BALLARD SPAHR LLP |
|---|---|
| /s/ Michael J. Custer | /s/ Leslie C. Heilman |
| David B. Stratton (No. 960) | Leslie C. Heilman (DE No. 4716) |
| James C. Carignan (No. 4230) | 919 N. Market Street, 11th Floor |
| Michael J. Custer (No. 4843) | Wilmington, DE  19801 |
| John H. Schanne, II (No. 5260) | (302) 252-4465 |
| Hercules Plaza, Suite 5100 | |
| 1313 N. Market Street | - and - |
| P.O. Box 1709 | |
| Wilmington, DE  19899-1709 | B. Ransdell Sawyer, Esq. |
| (302) 777-6500 | THOMPSON & KNIGHT LLP |
| | 333 Clay Street, Suite 3300 |
| - and - | Houston, TX  77002 |
| | (713) 654-8111 |
| Francis J. Lawall, Esq. | |
| Nina M. Varughese, Esq. | *Counsel to DeGolyer & MacNaughton Corp.* |
| 3000 Two Logan Square | |
| Eighteenth and Arch Streets | |
| Philadelphia, PA  19103-2799 | |
| (215) 981-4000 | |

*Counsel to Gerald A. Tywoniuk, Plan Representative for Liquidating Debtors*

Date:  May 20, 2011                                            Date:  May 20, 2011